JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL PINEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>MACY'S WEST STORES, INC. and DOES 1 to 30 inclusive,<br><br>    Defendant. | Case No. CV16-2511 PA (SSx)<br><br>**ORDER ON STIPULATION TO REMAND CASE TO SUPERIOR COURT**<br><br>Action Filed: February 17, 2016 |

Upon consideration of the parties' stipulation, it is hereby ordered that this action is **REMANDED** to the State of California, County of Los Angeles, as Case No. BC610588. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: June 3, 2016            By: _/s/ Percy Anderson_
                                                 Hon. Percy Anderson
                                                 District Court Judge

[PROPOSED] ORDER ON STIPULATION RE: REMAND TO STATE COURT